VOL. 41]  SEPTEMBER TERM, 1894.  737

Kilpatrick-Koch Dry Goods Co. v. Cook.   Lincoln Street R. Co. v. Adams.

## KILPATRICK-KOCH DRY GOODS COMPANY, APPELLEE, v. HENRY H. COOK ET AL., APPELLANTS.

### FILED SEPTEMBER 18, 1894.   No. 4631.

Review: FAILURE TO FILE BRIEFS   No brief having been filed in this case by the appellants, the decree of the district court is affirmed without an examination of the record.

APPEAL from the district court of Douglas county. Heard below before DOANE, J.

*John P. Davis*, for appellants.

*Montgomery & Montgomery, contra*

RAGAN, C.

This is an appeal from Douglas county.   No brief having been filed by the appellants, the decree of the district court is therefore affirmed without an examination of the record.

AFFIRMED.

---

## LINCOLN STREET RAILWAY COMPANY v. CHRISTIAN H. ADAMS.

### FILED SEPTEMBER 18, 1894.   No. 5572.

41b 737
43 549

41b 737
44 534

41b 737
45 640

41b 737
f48 76
48 83

Surface Water: STREET RAILWAYS: DAMAGES.   A proprietor may not collect surface waters on his estate into a ditch or drain and discharge them in a volume on the lands of his neighbor. *Fremont, E. & M. V. R. Co. v. Marley*, 25 Neb., 138, followed.

ERROR from the district court of Lancaster county. Tried below before HALL, J.